■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE MOORER, Appellant. [614 NYS2d 319] —Appeal by the defendant from a judgment of the County Court, Westchester County (Pirro, J.), rendered November 16, 1992, convicting him of criminal possession of a controlled substance in the fifth degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (CPL 470.15 [5]).

The sentence that was imposed is not excessive *(see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY ROSA, Appellant. [614 NYS2d 318] —Appeal by defendant from a judgment of the Supreme Court, Queens County (Goldstein, J.), rendered April 14, 1992, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Joy and Goldstein, JJ., concur.